UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> GINA RAIMONDO, et al., <br><br> Defendants. | Case No. 3:22-cv-00117-JD <br><br> **SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

The parties' request for additional pages for summary judgment briefing is denied. Plaintiff's motion for summary judgment and defendants' combined cross-motion for summary judgment and opposition will not exceed 25 pages each, and plaintiff's combined opposition and reply and defendants' reply will not exceed 15 pages each.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | Closed |
| Deadline to lodge administrative record | Closed |
| Deadline for plaintiff to file motion to admit extra-record documents | June 17, 2022 |
| Deadline for plaintiff to submit motion for summary judgment | July 21, 2022 |

| Event | Deadline |
|---|---|
| Deadline for defendants to file combined cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment | August 25, 2022 |
| Deadline for plaintiff to file combined opposition to defendant's motion and reply | September 22, 2022 |
| Deadline for defendants to file reply | October 13, 2022 |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
JAMES DONATO
United States District Judge